**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | | |
|---|---|---|
| **JAVIER PACHECO,** | ) | Case No. CV 08-3785-DMG (AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| **J. HARTLEY, Warden,** | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is granted, and respondent is directed to release petitioner on parole within twenty-eight (28) days of the date of entry of judgment.

Dated: October 13, 2010

_____
Dolly M. Gee
United States District Judge